# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
### 3:17-cr-167-MOC-DCK-1

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| vs. | ) |
| | ) **ORDER** |
| BOBBY LANELL HARGROVE, | ) |
| | ) |
| Defendant. | ) |

**THIS MATTER** is before the Court on defendant's pro se "Motion for Compassionate Release Reduction of Sentence." (Doc. No. 38).

## ORDER

**IT IS, THEREFORE, ORDERED** that within 20 days the Government shall file a response to defendant's motion.

Signed: February 16, 2021

Max O. Cogburn Jr.
United States District Judge