# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:17-cr-167-MOC-DCK-1

| UNITED STATES OF AMERICA, | ) |  |
|---|---|---|
|  | ) |  |
| vs. | ) |  |
|  | ) | **ORDER** |
| BOBBY LANELL HARGROVE, | ) |  |
|  | ) |  |
| Defendant. | ) |  |

**THIS MATTER** is before the Court on defendant's pro se "Motion to Appoint Counsel, Motion for Compassionate Release Reduction of Sentence." (Doc. No. 45).

## ORDER

**IT IS, THEREFORE, ORDERED** that within 20 days the Government shall file a response to defendant's motion.

Signed: April 21, 2021

Max O. Cogburn Jr.
United States District Judge